In The 



Court of Appeals



Ninth District of Texas at Beaumont


________________



NO. 09-09-00364-CV


 _____________________



IN RE LIND & ASSOCIATES, INC. D/B/A


T&N LABORATORIES & ENGINEERS







Original Proceeding






MEMORANDUM OPINION



 On August 7, 2009, Lind & Associates, Inc. d/b/a T&N Laboratories & Engineers
("T&N") filed a petition for writ of mandamus. We requested a response from the real
parties in interest and stayed further proceedings in the trial court. On September 8, 2009,
T&N filed a motion to dismiss its petition for writ of mandamus and for relief from the stay. 
In its motion to dismiss, T&N states that its petition for writ of mandamus is moot because
the trial court granted all of the relief T&N requested. This original proceeding is moot.

 Accordingly, we vacate our stay order entered August 25, 2009, and we dismiss this
original proceeding without regard to the merits of the issues raised in the petition for writ
of mandamus.

 PETITION DISMISSED.

 PER CURIAM

Opinion Submitted August 31, 2009

Delivered on September 17, 2009


Before McKeithen, C.J., Gaultney and Kreger, JJ.